Lee v Kaleida Health (2024 NY Slip Op 06453)

Lee v Kaleida Health

2024 NY Slip Op 06453

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, OGDEN, DELCONTE, AND HANNAH, JJ.

784 CA 23-01310

[*1]GEORGE C. LEE, PLAINTIFF-RESPONDENT,
v
KALEIDA HEALTH, DOING BUSINESS AS BUFFALO GENERAL HOSPITAL, JEFFREY CARTER, M.D., TIMOTHY SCHAFFNER, M.D., DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. 

ROACH, BROWN, MCCARTHY & GRUBER, P.C., BUFFALO (HEDWIG M. AULETTA OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
STAMM LAW FIRM, WILLIAMSVILLE (BRADLEY J. STAMM OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (John B. Licata, J.), entered July 28, 2023. The order, inter alia, denied the motion of defendants Kaleida Health, doing business as Buffalo General Hospital, Jeffrey Carter, M.D., Kathleen A. Hromatka, M.D. and Timothy Schaffner, M.D. for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court